

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALEJANDRO MARTINEZ-MARTINEZ,<br><br>                    Defendant. | CASE NO. 11CR4532-H<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

___    of the offense(s) as charged in the Indictment/Information:

_____

_____

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 1, 2011

                                                            NITA L. STORMES
                                                            UNITED STATES MAGISTRATE JUDGE